FILED

10/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0214

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0214

_____

CRAIG TRACTS HOMEOWNERS'
ASSOCIATION, INC., TARA J. CHAPMAN &
MATTHEW B. LOSEY, DONALD C. and
BEVERLY A. FRIEND, ROBERT J. & ANDREA
E. MARICICH FAMILY TRUST, MICKELSON
INVESTMENTS, LLC, SALLIE A. LOSEY,
HEMINGWAY PATRICK & CAROL T.
REVOCABLE LIVING TRUST,

      O R D E R

      Plaintiffs and Appellants,

  v.

BROWN DRAKE, LLC,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2020